UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHARLES E. SCOTT and
GLENDA F. SCOTT                                                                                    PLAINTIFFS

VS.                                                                        CIVIL ACTION NO. 4:04CV128

LOCKHEED MARTIN CORPORATION;
LOCKHEED MARTIN CORPORATION d/b/a
LOCKHEED MARTIN AERONAUTICS COMPANY;
Derik Scott Williams, as the Executor of the Estate of
DOUGLAS PAUL WILLIAMS; JOHN DOES 10;
JOHN DOES 11-20; AND JOHN DOES 21-30                                            DEFENDANTS

ORDER OF DISMISSAL

Before the court for consideration is the motion of plaintiffs for a dismissal of this case. Defendants have not responded to the motion. Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this cause be dismissed.

ORDERED AND ADJUDGED this 8th day of February, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE